Dorin E. Branstetter et al., appellants, v. Frank J. Lins et al., appellees. Gen. No. 8,343.

Opinion filed August 29, 1931.
Smith, Menzimer & Smith, for appellants; Lisle W. Menzimer, of counsel. Lathrop, Lathrop, Brown & Lathrop and Welsh & Welsh, for appellees.
Mr. Presiding Justice Jones delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Cyriel Dumolein, plaintiff in error. Gen. No. 8,346.

Opinion filed August 29, 1931.
Schriver & Schriver, for plaintiff in error. Benjamin S. Bell, State's Attorney, for defendant in error; Dan H. McNeal, of counsel.
.Mr. Presiding Justice Jones delivered the opinion of the court.

Oscar Nelson, as Auditor of Public Accounts of the State of Illinois, complainant, v. The First State Bank of Magnolia et al., defendants.
In re Claim of Mark E. Kays, Supervisor of the Town of Magnolia, appellant. Gen. No. 8,349.

Opinion filed August 29, 1931.
Clarence W. Heyl, for appellant; Heyl & Heyl, of counsel. Paul B. Heflin, for appellee; Jones, Essington & Heflin, of counsel.
Mr. Presiding Justice Jones delivered the opinion of the court.

Joseph Peterson, appellee, v. G. N. Carlson and William A. Barton, trading as Barton & Carlson. William A. Barton, appellant. Gen. No. 8,352.

Opinion filed August 29, 1931.
Hall & Dusher, for appellant. Hinchcliff, Miller & Thomas, for appellee.
Mr. Presiding Justice Jones delivered the opinion of the court.